(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVIER B., Appellant. — Judgment, Supreme Court, Bronx County (Murray Koenig, J.), rendered on June 30, 1981, unanimously affirmed. The order of this court entered on July 3, 1984 is recalled and vacated. No opinion. Concur — Sandler, J. P., Ross, Carro, Silverman and Alexander, JJ.